UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENAN THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>NETCREDIT LOAN SERVICES, LLC,<br><br>Defendant. | Case No.  23-cv-05318-RFL<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE** |

As Plaintiff did not file a second amended complaint by the May 8, 2024, deadline, the First Amended Complaint remains dismissed.  (*See* Dkt. No. 32.)  The Clerk of the Court shall enter judgment in favor of Defendant and close the case.

**IT IS SO ORDERED.**

Dated: May 16, 2024

RITA F. LIN
United States District Judge